PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0091-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE ANTONIO RIOS-BELTRAN, | DATE: August 29, 2022 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 29, 2022.

2. By this stipulation, defendant now moves to continue the status conference until December 12, 2022 at 9:00 a.m., and to exclude time between August 29, 2022, and December 12, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 383 pages of investigative reports, photographs, phone records, search warrant affidavits, and other materials, as well as multiple body camera video recordings and the downloads of multiple seized cell phones that contain numerous communications, photos,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

videos, and other files.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)        Counsel for defendant desires additional time to review this discovery, to conduct factual investigation and legal research related to the charges in this case, to evaluate defendant's potential options for responding to the charges, to consult with his client, and to otherwise prepare for trial.

        c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2022 to December 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 23, 2022                              PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ DAVID W. SPENCER

|   | DAVID W. SPENCER<br>Assistant United States Attorney |
|---|---|

Dated:  August 23, 2022          /s/ CLEMENTE JIMENEZ
                                 CLEMENTE JIMENEZ
                                 Counsel for Defendant
                                 JOSE ANTONIO RIOS-
                                 BELTRAN

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 25, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE